UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| SHAZAD BUKSH, KRISHNA GATHANI, and GON SAMAN,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. WILLIAM SARCHINO, DPM Foot and Ankle Surgeon, WILLIAM SARCHINO, SOUTHWESTERN VERMONT MEDICAL CENTER, SOUTHWESTERN VERMONT HEALTH CARE,<br><br>　　　　　　Defendants. | Civil No. 2:21-CV-190 |

## **UNOPPOSED MOTION TO EXTEND DEADLINE TO OBJECT TO SUBPOENA**

The Office of Professional Regulation ("OPR") for the State of Vermont, a third party in the above-entitled matter, respectfully moves to extend the deadline for objecting to Plaintiffs' subpoena to produce documents.

On September 8, 2021, Plaintiffs served OPR with a subpoena to produce any and all documents, correspondence, and materials related to any investigations performed on Southwestern Vermont Medical Center and/or their podiatric residency program, as well as any documents, correspondence, or materials related to Shazad Buksh, Krishna Gathani, and Gon Saman, by October 22, 2012.

Counsel for OPR has conferred with Plaintiffs' counsel and they have agreed to extend OPR's time to file any potential objections to the subpoena from September 22, 2021 to October 1, 2021.

WHEREFORE, OPR respectfully requests that the Court set a deadline for objecting to Plaintiffs' Subpoena to October 1, 2021.

DATED at Montpelier, Vermont this 20th day of September 2021.

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: */s/ Lindsay N. Browning*
Lindsay N. Browning
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3176
lindsay.browning@vermont.gov
ERN 5050

Counsel for OPR
