IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SHAZAD BUKSH;
KRISHNA GATHANI;
GON SAMAN;
    PLAINTIFFS

vs.

DR. WILLIAM SARCHINO DPM FOOT          Civil Action
AND ANKLE SURGEON;                              No. 2:21-cv-00190
WILLIAM SARCHINO;
SOUTHWESTERN VERMONT
MEDICAL CENTER;
SOUTHWESTERN VERMONT
HEALTH CARE;
    DEFENDANTS

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Evan Chadwick, Esq. of Chadwick and Spensley, PLLC, attorney for the Plaintiffs, and pursuant to Local Rule 11(d), moves this Honorable Court to permit him to withdraw as attorney for all Plaintiffs in the above captioned matter, to delay scheduling deadlines until Plaintiffs secure new counsel or enter their pro-se appearance, and to schedule an expedited virtual hearing on this motion. In support of this motion, the undersigned states:

1. A fundamental disagreement has arisen between counsel and plaintiffs such that counsel's withdrawal is necessary under both the Vermont Rules of Professional Conduct for Attorneys and the ABA Model Rules of Professional Conduct.

2. Counsel has conferred with Plaintiffs and made a good faith effort to resolve the underlying issues related to the disagreement, without success.

3. The above captioned matter is currently in the discovery phase. Interrogatories have been exchanged and depositions scheduled. No depositions have yet been taken. No trial date has been set in the matter.

4. Plaintiffs' Depositions are currently scheduled for the end of October, necessitating an expedited virtual hearing on this motion, as the undersigned is unable to represent Plaintiffs at said depositions.

5. Plaintiffs' interests would not be adversely impacted by the withdrawal of counsel.

WHEREFORE, the undersigned moves this Honorable Court to:

1. Permit the undersigned to withdraw as attorney for all Plaintiffs in the above captioned matter;

2. Delay scheduling deadlines until Plaintiff's secure new counsel or enter their pro-se appearance;

3. Schedule an expedited virtual hearing on this motion.

Dated at Brattleboro, Vermont this 6th day of October, 2023

/S/ Evan Chadwick
Evan Chadwick, Esq.
Chadwick & Spensley, PLLC.
136 High Street
PO Box 6182
Brattleboro, VT 05302
802-257-7161
evan@chadwicklawvt.com
*Counsel for Plaintiffs*