IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SHAZAD BUKSH;
KRISHNA GATHANI;
GON SAMAN;
    PLAINTIFFS

vs.

| | |
|---|---|
| DR. WILLIAM SARCHINO DPM FOOT AND ANKLE SURGEON; WILLIAM SARCHINO; SOUTHWESTERN VERMONT MEDICAL CENTER; SOUTHWESTERN VERMONT HEALTH CARE;<br>    DEFENDANTS | Civil Action<br>No. 2:21-cv-00190 |

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I caused to be filed with the Court, MOTION TO WITHDRAW AS COUNSEL, using the CM/ECF filing system. This system will provide service of the filing to all counsel of record.

Dated at Brattleboro, Vermont this 6th day of October, 2023

By:    /S/ Evan Chadwick
        Evan Chadwick, Esq.
        Chadwick & Spensley, PLLC.
        136 High Street
        Brattleboro, VT 05301
        Phone: 802-257-7161
        evan@chadwicklawvt.com
        *Counsel for Plaintiffs*