UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SHAZAD BUKSH;<br>KRISHNA GATHANI;<br>GON SAMAN;<br>　　　　Plaintiffs,<br><br>DR. WILLIAM SARCHINO DPM FOOT<br>AND ANKLE SURGEON;<br>WILLIAM SARCHINO;<br>SOUTHWESTERN VERMONT<br>MEDICAL CENTER; and<br>SOUTHWESTERN VERMONT<br>HEALTHCARE;<br>　　　　Defendants. | CASE NO: 2:21-CV-00190-wks |

**DISCOVERY CERTIFICATE**

I, David Pocius, hereby certify that on December 19, 2023, Defendant's Notice of Deposition of Shazad Buksh, was served via email and Counsel of Record:

Kaveh S. Shahi, Esq.
kss@clearyshahi.com
*Attorney for Plaintiffs Buksh and Gathani*

Thomas C. Nuovo, Esq.
tnuovo@aol.com
*Attorney for Plaintiff Saman*

Timothy E. Copeland, Jr., Esq.
F. David Harlow, Esq.
Andrea O. Wright, Esq.
tcopeland@drm.com
dharlow@drm.com
awright@drm.com
*Attorneys for Defendant Southwestern Vermont Medical Center and Southwestern Vermont Health Care*

DATED this 19th day of December, 2023.

BY:　PAUL FRANK + COLLINS P.C.

BY:　　/s/ David M. Pocius
　　　David M. Pocius, Esq.
　　　PO Box 1307
　　　Burlington, VT 05402-1307
　　　802-658-2311 / dpocius@pfclaw.com
　　　*Attorneys for Defendant Sarchino*

10068484_1:07487-00050