UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SHAZAD BUKSH,<br>KRISHNA GATHANI,<br>GON SAMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DR. WILLIAM SARCHINO DPM<br>FOOT AND ANKLE SURGEON;<br>WILLIAM SARCHINO; SOUTHWESTERN<br>VERMONT MEDICAL CENTER;<br>SOUTHWESTERN VERMONT HEALTH<br>CARE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:21-cv-190<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER

This matter comes before the Court at the joint request of Plaintiff / Counter-Defendant Shazad Buksh ("Buksh") and Defendants / Counterclaimants Southwestern Vermont Medical Center and Southwestern Vermont Health Care (collectively herein, "SVMC") for entry of this Consent Order.

Whereas, Buksh (and two other individuals) filed this action on August 9, 2021 against Defendants William Sarchino and SVMC (collectively, the "Defendants");

Whereas, SVMC answered Plaintiffs' complaint on August 31, 2022, and asserted counterclaims against Buksh alleging that upon his departure from SVCMC Buksh wrongfully took confidential patient data containing protected health information ("PHI") (the "Counterclaims").

Whereas, Buksh and SVMC have entered into a Settlement Agreement to resolve the Counterclaims, which Settlement Agreement is attached hereto as Exhibit A and the terms of which Settlement Agreement are incorporated into this Consent Order;

Whereas, Buksh and SVMC agreed in the Settlement Agreement for the Court to enter a Consent Order dismissing the Counterclaims with prejudice and to retain jurisdiction to enforce the terms of the Settlement Agreement.

It is therefore Ordered that:

1. The Settlement Agreement is incorporated by reference into this Consent Order;

2. Upon the Court's approval and entry of this Consent Order, the Counterclaims shall be dismissed with prejudice; and

3. The Court shall retain jurisdiction over the parties hereto and the Settlement Agreement until further order of the Court. Any party may make a motion to enforce the Settlement Agreement.

For Shazad Buksh:

  /s/ Kaveh S. Shahi
Kaveh S. Shahi, Esq.
Cleary Shahi & Aicher, P.C.
110 Merchants Row, 3rd Floor
Rutland, VT 05701
(802) 775-8800
Email: kss@clearyshahi.com

  /s/ Kevin A. Lumpkin
Kevin A. Lumpkin , Esq.
Sheehey Furlong & Behm P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
Email: klumpkin@sheeheyvt.com

For SVMC:

　/s/ Walter E. Judge, Jr.
F. David Harlow , Esq.
Walter E. Judge, Jr.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
Email: dharlow@drm.com
Email: wjudge@drm.com


Approved and So Ordered:


/s/ William K. Sessions III
Judge William K. Sessions III

Date: December 17, 2024



23198927.1